# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
05 JUN 23 PM 3:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[redacted] CR 05 00395 JSW

MMC

UNITED STATES OF AMERICA,

V.

YOUNG JOON YANG,
aka Yang; et al.

DEFENDANT.

# INDICTMENT

See Attachment.

A true bill.

Foreman

Filed in open court this 23 day of
June, 2005.

Brenda Tolbert
Clerk

Bail, $

MARIA-ELENA JAMES

**Attachment**

**U.S. v YOUNG JOON YANG, aka Yang; et al.**

VIOLATIONS:

U.S.C. § 1324 (a)(1)(A)(v)(I) - Harboring Conspiracy;
18 U.S.C. §§ 1591(a)(1) and (2) - Sex Trafficking; 18 U.S.C. § 1956(h) - Money Laundering Conspiracy;
18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 2421 - Mann Act;
18 U.S.C. § 1952 - Use of Facility in Aid of Unlawful Activity;
18 U.S.C. § 2 - Aiding and Abetting

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) (Harboring Conspiracy); Ct 2-3: 18 U.S.C. § 1591(a)(1) and (2) (Sex Trafficking); Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy); Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ F[redacted]

PENALTY:

Ct 1: 10 years imprisonment; $250,000 fine: Ct 2-3: any terms of years to life imprisonment; $250,000 fine: Ct 4: 20 years imprisonment $500,000/2x value; Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

DEFENDANT - U.S.

Yang, Young Joo

[redacted] DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy);

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 1: 10 years imprisonment; $250,000 fine;

DEFENDANT - U.S.

Mak Wu Sang

[redacted] COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy); Ct 2-3: 18 U.S.C. §§ 1591(a)(1)and (2) (Sex Trafficking);

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 1: 10 years imprisonment; $250,000 fine; Ct 2-3: any terms of years to life imprisonment; $250,000 fine;

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Kim, Sung Young

[redacted] COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy);

☐ Petty
☐ Minor
☐ Misde-[redacted]

PENALTY:

Ct 4: 20 years imprisonment $500,000/2x value;

DEFENDANT - U.S.

Yoon, Hang Joe

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 4: 18 U.S.C. § 1956 (h) (Money Laundering Conspiracy)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

Ct 4: 20 years imprisonment; $500,000/ 2x value

[redacted]

## DEFENDANT - U.S.

▶ Anh, Myong Su

DISTRICT COURT NUMBER

CR 05 00395 JSW

## [redacted]CEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy)

☐ Petty
☐ Minor
☐ Misde-meanor
[redacted] Felony

PENALTY:

Ct 4: 20 years imprisonment $500,000/2x value

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Lee, Nam Young

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) Harboring Conspiracy;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ [redacted]

PENALTY:

Ct 1: 10 years imprisonment; $250,000 fine

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

[redacted]

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) Harboring Conspiracy;

☐ Petty
[redacted]
☒ Felony

PENALTY:

Ct 1: 10 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

Trong Du Nguyen, aka, John

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 05 JUN 23 PM 3:11 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy);

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 1: 10 years imprisonment; $25[redacted]

**DEFENDANT - U.S.**

Nashashibi, Ahdi

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

F.B.I. / I.C.E

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

[redacted]

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ Lee, Young Joo

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

[redacted]

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Bang, Min Young

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING [redacted]

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PH 3:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); [redacted] 6: 18 U.S.C. §371 (Conspiracy to Use Facility [redacted] Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

**DEFENDANT - U.S.**

Kim, In Seung

DISTRICT COURT NUMBER

CR 05 00395 JSW

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
[redacted] meanor
☒ Felony

**DEFENDANT - U.S.**

[redacted] Kim, Seyun

DISTRICT COURT NUMBER

CR 05 00395 JSW

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
[redacted]ny

PENALTY:

Ct 5: 5 years imprisonment; $250,[redacted]Ct 6: 5 years imprisonment; $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Li, Eugene

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Youn, Chang Soo

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

Yang, Mo Sook

DISTRICT COURT NUMBER

CR 05 00395 JSW

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

DEFENDANT - U.S.

▶ Lee, Keun Sung

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 [redacted]

**DEFENDANT - U.S.**

Chang, Myung Jin

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense

SHOW DOCKET NO.

[X] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

[X] U.S. Att'y [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction

6) [ ] Awaiting trial on other charges

} [ ] Fed'l [ ] State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT Bail Amount: NO Bail

If Summons, complete following:

[ ] Arraignment [ ] Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

Yoo, Won Seok

DISTRICT COURT NUMBER

[redacted] CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,000 [redacted]

## DEFENDANT - U.S.

Lee, Jimmy Gong Yan

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
Misde- [redacted] lony

PENALTY:

Ct 6: 5 years imprisonment; [redacted]250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Kim, Aesun

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL.

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felo[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,0[redacted]

**DEFENDANT - U.S.**

Park, Hyeon Ja

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $2[redacted]

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ Lau, Anthony

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

05 JUN 23 PM 3:12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

Reeden-Sin, Mi Young

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment, [redacted]

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Yi, Kum Paek

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

Lee, Harvey

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** — Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

[redacted]

DEFENDANT - U.S.

▶ Kim, Hye C.

DISTRICT COURT NUMBER

CR 05 00395 JSW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any): FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense — SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ — MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

[redacted]

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

Kang, Jin Ah

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde[redacted]
☐ Felony

PENALTY:

Ct 6: 5 years imprisonment; $25[redacted]00 fine

## DEFENDANT - U.S.

► Pang, Yon Suk

DISTRICT COURT NUMBER

JSW

CR 05 00395

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

KEVIN V. RYAN (CSBN 118321)
United States Attorney

FILED
05 JUN 23 PM 3:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[redacted]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

YOUNG JOON YANG, aka Yang,
WU SANG NAH, aka Kang
SUNG YONG KIM, aka Nam, aka Mr. Kim,
HANG JOE YOON, aka Mr. Lee,
MYONG SU AHN, aka Paula Lee,
NAM YOUNG LEE,
FRED A. FRAZIER,
TRONG DU NGUYEN, aka John
AHDI M. NASHASHIBI,
YOUNG JOO LEE,
MIN YOUNG BANG,
IN SEUNG KIM,
SEYUN KIM,
EUGENE YI,
CHANG SOO YOUN,
MO SOOK YANG,
KEUN SUNG LEE, aka Kenneth,
MYUNG JIN CHANG,
WON SEOK YOO,
JIMMY GONG YAN LEE,
AESUN KIM, aka Mami,
HYEON J. PARK,
ANTHONY GAR LAU,
MI YOUNG SIM, aka Jackie,
KUM PAE YI,
HAN LEE,
HYE CHA KIM, aka Kelly,
JIN AH KANG,
YON SUK PANG, aka Nana,

Defendants.

CR 05 00395 JSW

VIOLATIONS: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) - Harboring Conspiracy; 18 U.S.C. §§ 1591(a)(1) and (2) - Sex Trafficking; 18 U.S.C. § 1956(h) - Money Laundering Conspiracy;
18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 2421 - Mann Act;
18 U.S.C. § 1952 - Use of Facility in Aid of Unlawful Activity; 18 U.S.C. § 2 - Aiding and Abetting

SAN FRANCISCO VENUE

[redacted]

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(v)(I) – Conspiracy to Bring in and Harbor Aliens)

OBJECT OF THE CONSPIRACY

1. Between in or about September 2001, and continuing to on or about October 13, 2004, in San Francisco, California, within the Northern District of California, and elsewhere, defendants

**YOUNG JOON YANG,**
aka Yang,
**WU SANG NAH**
aka Kang,
**SUNG YONG KIM**
aka Nam, aka Mr. Kim,
**FRED A. FRAZIER,**
**TRONG DU NGUYEN,**
aka John, and
**AHDI NASHASHIBI,**

and others known and unknown to the Grand Jury, conspired to knowingly transport, move, conceal, harbor, and shield from detection illegal aliens, in various places, including Kings Massage, located at 315 Jessie Street, San Francisco, California (hereinafter "Kings Massage"), from immigration and law enforcement authorities, for the purpose of commercial advantage and their personal financial gain.

MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was accomplished as follows:

2. Co-conspirators, including **WU SANG NAH**, and others known and unknown to the Grand Jury, in South Korea and Canada recruited and enticed female Korean nationals to illegally enter the United States from South Korea and Canada to work as prostitutes in the United States.

3. Co-conspirators in South Korea and Canada, including **WU SANG NAH**, and others known and unknown to the Grand Jury, made arrangements with co-conspirators in the United States, including **SUNG YONG KIM,** and others known and unknown to the Grand Jury, to smuggle the female Korean nationals into the United States via Canada for the purpose of having

them work as prostitutes in and around San Francisco, including, but not limited to Kings Massage, and for private financial gain.

4. Co-conspirators, including **WU SANG NAH, SUNG YONG KIM**, and others known and unknown to the Grand Jury, unlawfully smuggled the female Korean nationals across the United States-Canadian border, to facilitate their prostitution, and for private financial gain.

5. Co-conspirators, including **WU SANG NAH, SUNG YONG KIM, YOUNG JOON YANG**, and others known and unknown to the Grand Jury, transported, and arranged for others to transport, the female Korean nationals, with knowledge that the female Korean aliens were unlawfully in the United States, to brothels in San Francisco, California, including Kings Massage, where co-conspirators put the female Korean nationals to work as prostitutes, and for commercial advantage and personal financial gain.

6. At Kings Massage, the female Korean nationals were directed to sit before prostitution customers and others, while co-conspirators encouraged the customers to select one of the female Korean nationals for sex acts, and then collected money from the customers, who would pay to engage in sex acts with the female Korean nationals in one of the private rooms at Kings Massage.

7. Co-conspirators, including **FRED S. FRAZIER, TRONG DU NGUYEN, AHDI NASHASHIBI**, and others known and unknown to the grand jury, harbored some of the female Korean nationals at Kings Massage and supported and maintained these female Korean nationals by providing them with room and board, to facilitate their prostitution, and for commercial advantage and private financial gain.

8. Other co-conspirators, including **YOUNG JOON YANG**, and others known and unknown to the Grand Jury, transported these female Korean nationals to massage parlors, and other locations in the San Francisco, California area, to facilitate their prostitution, and for commercial advantage and private financial gain.

<u>OVERT ACTS</u>

9. In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants **YOUNG JOON YANG, WU SANG NAH, SUNG YONG KIM, FRED A.**

**FRAZIER, TRONG DU NGUYEN, AHDI M. NASHASHIBI**, and others known and unknown to the Grand Jury, committed various overt acts within the Northern District of California and elsewhere, including, but not limited to, the following:

10. In or about May 2004, defendant **WU SANG NAH, SUNG YONG KIM**, and other co-conspirators known and unknown to the Grand Jury, made arrangements for two female Korean nationals to be smuggled across the Canadian-United States border illegally, and for their personal financial gain.

11. In or about May 2004, after being smuggled across the border by defendant **WU SANG NAH**, and others known and unknown to the Grand Jury, the two female Korean nationals made their way to Virginia, and contacted defendant **WU SANG NAH** who committed to providing them with transportation from Virginia.

12. In or about May 2004, defendant **WU SANG NAH** contacted defendant **SUNG YONG KIM** and arranged transportation for the two female Korean nationals from Virginia to San Francisco, via Los Angeles, California.

13 In or about May 2004, defendant **SUNG YONG KIM** arranged for the two female Korean nationals to be delivered to Los Angeles, California.

14. In or about May 2004, defendant **SUNG YONG KIM** drove the two female Korean nationals from Los Angeles to Kings Massage, where co-conspirators at Kings Massage paid defendant **SUNG YONG KIM** a trafficking fee for the two female Korean nationals.

15. Between in or about May 2004 and on or about August 12, 2004, co-conspirators at Kings Massage directed the two female Korean nationals to work as prostitutes until their trafficking debts were paid in full. During that time period, co-conspirators collected and maintained control over the prostitution proceeds until their debts were paid in full.

16. Between in or about May 2004 and on or about August 12, 2004, co-conspirators received prostitution customers at Kings Massage, allowed the customers to select one of the two female Korean nationals who were being harbored at Kings Massage for sexual activity, and collected money from the customers, who would pay to engage in sexual activities with the two female Korean nationals.

17. Between in or about May 2004 and on or about August 12, 2004, defendant **FRED A. FRAZIER** was the registered owner of Kings Massage, wrote checks on behalf of the business operations, and received monthly payments from the co-owners of Kings Massage, for his own private financial gain, knowing that Kings Massage operated as a brothel and that female Korean nationals working at Kings Massage were in the United States unlawfully.

18. Between in or about May 2004 and on or about August 12, 2004, defendant **AHDI M. NASHASHIBI** owned the building located at 315 Jessie Street, San Francisco, that housed Kings Massage, and received rent from the co-owners of Kings Massage, for his own private financial gain, knowing that Kings Massage was operating as a brothel, and with knowledge that the female Korean nationals working at Kings Massage were in the United States unlawfully.

19. Between in or about May 2004 and on or about August 12, 2004, defendant **TRONG DU NGUYEN** kept the books, wrote checks on behalf of Kings Massage, and received payments from the co-owners of Kings Massage for his own personal financial gain, knowing that Kings Massage was operating as a brothel, and that the female Korean nationals working there were in the United States unlawfully.

20. Between in or about May 2004 and on or about August 12, 2004, **YOUNG JOON YANG** transported the female Korean nationals working at Kings Massage in and around San Francisco, and received compensation for his own private financial gain, knowing that the female Korean nationals working at Kings Massage were in the United States unlawfully.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

COUNT TWO: (18 U.S.C. §§ 1591(a)(1) and (2) – Sex Trafficking; 18 U.S.C. § 2 – Aiding and Abetting)

21. Between in or about May 2004 and on or about August 12, 2004, within the Northern District of California and elsewhere, the defendants

**YOUNG JOON YANG**
aka Yang, and
**SUNG YONG KIM**,
aka Nam, aka Mr. Kim

together with others known and unknown to the Grand Jury, did knowingly recruit, entice,

harbor, transport, provide and obtain by any means a person, Jane Doe 1, in and affecting interstate and foreign commerce, and did benefit financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing that force, fraud, or coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18 United States Code Sections 1591(a)(1) and (2), and Title 18 United States Code Section 2.

COUNT THREE: (18 U.S.C. §§ 1591(a)(1) and (2) – Sex Trafficking; 18 U.S.C. § 2 – Aiding and Abetting)

22. Between in or about May 2004 and on or about August 12, 2004, within the Northern District of California and elsewhere, the defendants

**YOUNG JOON YANG**
aka Yang and
**SUNG YONG KIM** ,
aka Nam, aka Mr. Kim

together with others known and unknown to the Grand Jury, did knowingly recruit, entice, harbor, transport, provide and obtain by any means a person, Jane Doe 2, in and affecting interstate and foreign commerce, and did benefit financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing that force, fraud or coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18 United States Code Sections 1591(a)(1) and (2), and Title 18 United States Code Section 2.

COUNT FOUR: (18 U.S.C. § 1956(h) – Money Laundering Conspiracy)

OBJECT OF THE CONSPIRACY

23. Between in or about September 2001 and on or about October 13, 2004, in the Northern District of California, and elsewhere, the defendants,

**YOUNG JOON YANG,**
aka Yang,
**HANG JOE YOON,**
aka Mr. Lee,
**MYONG SU AHN,**
aka Paula Lee, and
**NAM YOUNG LEE,**

and others known and unknown to the Grand Jury, conspired with each other to transport,

transmit and transfer, and to attempt to transport, transmit and transfer, a monetary instrument and funds from a place in the United States, knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, to and through a place outside the United States, namely, Korea, knowing that such transportation, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activities, to wit: alien harboring in violation of 8 U.S.C. § 1324, and interstate transportation for prostitution in violation of 18 U.S.C. § 2421, both for the purpose of financial gain, as set forth in 18 U.S.C. § 1961(1)(F).

MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was carried out included the following:

24. Between in or about September 2001 and on or about October 13, 2004, the defendants and others, known and unknown to the Grand Jury, engaged in specified unlawful activity, to wit: alien harboring in violation of 8 U.S.C. § 1324, and interstate transportation for prostitution in violation of 18 U.S.C. § 2421, both for the purpose of financial gain, as set forth in 18 U.S.C. § 1961(1)(F);

25. In order to conceal and disguise the proceeds of their own and others' unlawful activities, the defendants used and employed various individuals to transport, transmit, and transfer these proceeds from the United States to Korea.

All in violation of Title 18 United States Code Section 1956(h).

COUNT FIVE: (18 U.S.C. § 371 – Mann Act Conspiracy)

OBJECT OF THE CONSPIRACY

26. Beginning at a date unknown, but no later than on or about February 22, 2005, and continuing to on or about June 23, 2005, in San Francisco County, within the Northern District of California, and elsewhere, defendants

**YOUNG JOON YANG,**
aka Yang,

**YOUNG JOO LEE,**
**MIN YOUNG BANG,**
**IN SEUNG KIM,**
**SEYUN KIM,**
**EUGENE YI,** and
**CHANG SOO YOUN,**

and others known and unknown to the Grand Jury, conspired to knowingly transport female Korean nationals in interstate and foreign commerce, by purchasing plane tickets to and from destinations within and outside the state of California, and by transporting female Korean nationals to and from brothels in San Francisco, California, with the intent that the female Korean nationals would engage in prostitution and in sexual activities for which a person could be charged with a criminal offense, in violation of Title 18 United States Code Section 2421.

MANNER AND MEANS OF THE CONSPIRACY

27. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** owned and operated an underground taxi service known as Yang's Taxi, located in San Francisco, California.

28. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** owned and operated YJY Travel and Tour located at 3001 Geary Street, #204, San Francisco, California.

29. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** employed various drivers and assistants, including **YOUNG JOO LEE, MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, EUGENE YI, CHANG SOO YOUN**, and others known and unknown to the Grand Jury, to serve Yang's Taxi and YJY Travel and Tour businesses.

30. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** and his employees used YJY Travel and Tour to purchase airline tickets for interstate domestic travel for prostitutes working at various brothels in San Francisco, California.

31. Between no later than on or about February 22, 2005 and June 23, 2005, Yang's Taxi was in the business of transporting prostitutes to and from airports, for the purpose of interstate travel, and to and from brothels in San Francisco, California, where those prostitutes

would engage in acts of prostitution.

32. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** and his employees utilized two cellular telephones to conduct business for Yang's Taxi and YJY Travel and Tour at their "base" of operations located at 3001 Geary Street, #204, San Francisco, California.

33. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** and his employees took turns staffing the base of operations and one of the two cellular telephones to conduct business for Yang's Taxi and YJY Travel and Tour.

34. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** and his employees, based on phone calls received from prostitutes, assigned drivers employed by Yang's Taxi to pick up and drop off prostitutes at brothels, airports, and other locations in and around San Francisco, California.

<u>OVERT ACTS</u>

35. In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants **YOUNG JOON YANG**, aka Yang, **YOUNG JOO LEE, MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, EUGENE YI,** and **CHANG SOO YOUN,** and others known and unknown to the Grand Jury, committed various overt acts within the Northern District of California and elsewhere, including, but not limited to, the following:

36. On or about March 3, 2005, **YOUNG JOO LEE** spoke with a Korean-speaking female (KSF 1) and discussed transportation to Lee's Oriental Massage, a brothel in San Francisco, California.

37. On or about March 8, 2005, **YOUNG JOON YANG** spoke with KSF 1 and discussed transportation from San Francisco International Airport.

38. On or about March 8, 2005, **YOUNG JOO LEE** spoke with KSF 1 who advised that she was returning to California from a trip to Las Vegas, Nevada.

39. On or about March 8, 2005, **YOUNG JOO LEE** drove to San Francisco International Airport in a white Lexus, retrieved KSF 1 and dropped her off at 1730 O'Farrell Street, San Francisco.

40. On or about March 12, 2005, **YOUNG JOON YANG** spoke with KSF 1, who requested transportation to San Francisco International Airport.

41. On or about March 12, 2005, KSF 1 was picked up at 1730 O'Farrell Street in a car rented by **YOUNG JOON YANG** and **IN SEUNG KIM** and driven to San Francisco International Airport for a flight to New York.

42. On or about March 15, 2005, **YOUNG JOO LEE** spoke with KSF 1 who requested transportation from San Francisco International Airport.

43. On or about March 23, 2005, **YOUNG JOO LEE** spoke with KFS 1 who requested a pickup at Lee's Oriental Massage, a brothel in San Francisco, California.

44. On or about March 13, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female (KSF 2) who requested that he purchase a plane ticket for her to travel from Oakland, California, to Las Vegas, Nevada, on March 15, 2005.

45. On or about March 13, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 2 to travel from Oakland, California, to Las Vegas, Nevada.

46. On or about March 15, 2005, **YOUNG JOO LEE** spoke with KSF 2 who advised that she was traveling to Las Vegas, Nevada, and requested transportation to the airport.

47. On or about March 15, 2005, **YOUNG JOON YANG** picked up KSF 2 at 1550 Eddy Street in San Francisco and drove her to Oakland International Airport.

48. On or about March 30, 2005, **YOUNG JOON YANG** called KSF 2 and asked that she to come work at Geneva Oriental Spa, a brothel in San Francisco.

49. On or about April 9, 2005, **YOUNG JOON YANG** spoke with KSF 2 and discussed her employment as a prostitute in San Francisco.

50. On or about March 17, 2005, **YOUNG JOON YANG** spoke with an associate and discussed KSF 3 who was flying from Dallas to San Francisco, and needed transportation from San Francisco International Airport.

51. On or about March 17, 2005, KSF 3 was picked up at San Francisco International Airport in a vehicle rented under the names **YOUNG JOON YANG** and **IN SEUNG KIM**, and driven to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

52. On or about April 12, 2005, **YOUNG JOON YANG** spoke to a Korean-speaking female KSF 4 and discussed the purchase of a plane ticket to Las Vegas, Nevada.

53. On or about April 12, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 4 to travel from Oakland, California, to Las Vegas, Nevada.

54. On or about April 12, 2005, **YOUNG JOON YANG** called KSF 4 and told her to "come down."

55. On or about April 12, 2005, KSF 4 was driven to the airport in a vehicle owned by and registered to **YOUNG JOON YANG**.

56. On or about April 15, 2005, **YOUNG JOO LEE** and KSF 4 discussed the purchase of a plane ticket from Las Vegas, Nevada, to Oakland, California.

57. On or about April 15, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 4 to travel from Las Vegas, Nevada, to Oakland, California.

58. On or about April 18, 2005, **YOUNG JOO LEE** spoke with a KSF 4 and she requested transportation from Lucky Spa, a brothel in San Francisco.

59. On or about May 20, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female and discussed the purchase of plane tickets for KSF 5 and KSF 6 to travel from San Francisco to Boston. During that conversation, **YOUNG JOON YANG** asked KSF 4 whether she still worked at "Eighth Street."

60. On or about May 20, 2005, **YOUNG JOON YANG** purchased plane tickets for KSF 4 and KSF 5 to travel from San Francisco to Boston, Massachusetts.

61. On or about May 21, 2005, **YOUNG JOON YANG** called KSF 5 and told her to come outside because his driver was ready for her pickup.

62. On or about May 29, 2005, **YOUNG JOO LEE** spoke with KSF 5 who advised that she was coming in on Jet Blue from New York to Oakland.

63. On or about May 30, 2005, **YOUNG JOON YANG** spoke with KSF 5 regarding an airport pickup.

64. On or about May 30, 2005, **YOUNG JOO LEE** picked up KSF 5 and KSF 6 from Oakland International Airport and drove them to 1755 O'Farrell Street.

65. On or about May 30, 2005, **YOUNG JOON YANG** called a KSF 5 and asked her to come work for him at his "store."

66. On or about May 30, 2005, **YOUNG JOON YANG** spoke with KSF 5 who advised that she planned to work at Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

67. On or about June 2, 2005, **YOUNG JOO LEE** spoke with KSF 5 who requested a pick up at "Eighth."

68. On or about February 22, 2005, **MIN YOUNG BANG** picked up an Asian female at 1600 Post Street and delivered her to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco, California.

69. On or about April 3, 2005, **MIN YOUNG BANG** spoke with a Korean-speaking female who requested a ride from Palm Tree Massage, a brothel in San Francisco, and thereafter agreed to dispatch a car and driver to Palm Tree Massage.

70. On or about April 24, 2005, **YOUNG JOON YANG** spoke with **a** Korean-speaking female spoke who requested a taxi at Lucky Spa, a brothel in San Francisco.

71. On or about April 24, 2005, **YOUNG JOON YANG** called **IN SEUNG KIM,** an employee of Yang's Taxi, and dispatched him to pick up a Korean-speaking female at Lucky Spa, a brothel in San Francisco.

72. On or about March 3, 2005, **YOUNG JOON YANG** spoke witha Korean-speaking female who requested a taxi at Empire Health Club, a brothel in San Francisco.

73. On or about March 3, 2005, **YOUNG JOON YANG** called the Korean-speaking female and advised her that he had dispatched a car and driver to Empire Health Club, a brothel in San Francisco.

74. On or about March 3, 2005, **SEYUN KIM**, an employee of Yang's Taxi, picked up two Korean females from Empire Health Club, a brothel in San Francisco.

75. On or about April 19, 2005, **EUGENE YI**, an employee of Yang's Taxi, transported an Asian female to Geneva Oriental Spa, a brothel in San Francisco.

76. On or about April 19, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female spoke who requested transportation from Suk Hee Oriental Massage and Sauna, a brothel

in San Francisco.

77. On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN**, an employee of Yang's Taxi, and dispatched him to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

78. On or about April 19, 2005, **CHANG SOO YOUN** responded to Suk Hee Oriental Massage and Sauna to pick up an unidentified Korean-speaking female.

79. On or about April 19, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female who requested transportation from Lee's Oriental Massage, a brothel in San Francisco.

80. On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN**, an employee of Yang's Taxi, and dispatched him to Lee's Oriental Massage, a brothel in San Francisco.

81. On or about April 19, 2005, **CHANG SOO YOUN** called **YOUNG JOON YANG** and confirmed that he responded to Lee's Oriental Massage, a brothel in San Francisco, and picked up the Korean-speaking female.

All in violation of Title 18 United States Code Section 2421.

COUNT SIX : (18 U.S.C. § 371 – Conspiracy to Use Facility in Aid of Unlawful Activity)

OBJECT OF THE CONSPIRACY

82. Between no later than on or about February 22, 2005, and continuing to on or about June 23, 2005, in San Francisco County, within the Northern District of California, and elsewhere, defendants

**YOUNG JOON YANG,**
aka Yang,
**YOUNG JOO LEE,**
**MIN YOUNG BANG,**
**IN SEUNG KIM,**
**SEYUN KIM,**
**EUGENE YI,**
**CHANG SOO YOUN,**
**MO SOOK YANG,**
**KEUN SUNG LEE,**
aka Kenneth,
**MYUNG JIN CHANG,**
**WON SEOK YOO,**
**JIMMY GONG YAN LEE,**

**AESUN KIM,**
aka Mami,
**HYEON J. PARK,**
**ANTHONY GAR LAU,**
**MI YOUNG SIM,**
aka Jackie,
**KUM PAE YI,**
**HAN LEE,**
**HYE CHA KIM,**
aka Kelly,
**JIN AH KANG,** and
**YON SUK PANG,**
aka Nana,

and others known and unknown to the Grand Jury, conspired to use a facility in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of unlawful activity in violation of Title 18, United States Code Section 1952.

MANNER AND MEANS OF THE CONSPIRACY

83. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** owned and operated Yang's Taxi company.

84. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** employed various drivers and assistants, including **MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, YOUNG JOO LEE, EUGENE YI, CHANG SOO YOUN,** as well as others known and unknown to the Grand Jury.

85. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** associated with various business partners, in San Francisco, California, and elsewhere, including, **MO SOOK YANG, KEUN SUNG LEE, WON SEOK YOO, MYUNG JIN CHANG,** as well as others known and unknown to the Grand Jury.

86. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** provided services for various brothels owners and managers throughout San Francisco, California, and elsewhere, including **JIMMY GONG YAN LEE, AESUN KIM, HYEON J. PARK, ANTHONY GAR LAU, MI YOUNG SIM, KUM PAE YI, YON SUK PANG, HAN LEE, JIN AH KANG, HYE CHA KIM,** as well as others known and unknown

to the Grand Jury.

87. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** utilized two cellular telephones to communicate with his drivers, assistants, business associates, and numerous brothels owners and managers, and other persons known and unknown to the Grand Jury, throughout San Francisco, California, and elsewhere.

88. Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG JOON YANG** received telephone calls from, and initiated telephone calls to, his drivers, assistants, business associates, brothel owners and managers, and others known and unknown to the Grand Jury, throughout San Francisco, California, and other states, with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on of prostitution in brothels in San Francisco, California, and elsewhere.

## OVERT ACTS

89. In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants **YOUNG JOON YANG,** aka Yang, **YOUNG JOO LEE, MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, EUGENE YI, CHANG SOO YOUN, MO SOOK YANG, KEUN SUNG LEE,** aka Kenneth, **MYUNG JIN CHANG, WON SEOK YOO, JIMMY GONG YAN LEE, AESUN KIM,** aka Mami, **HYEON J. PARK, ANTHONY GAR LAU, MI YOUNG SIM,** aka Jackie, **KUM PAE YI, HAN LEE, HYE CHA KIM,** aka Kelly, **JIN AH KANG,** and **YON SUK PANG,** aka Nana, and others known and unknown to the Grand Jury, committed various overt acts within the Northern District of California and elsewhere, including, but not limited to, the following:

90. On or about March 3, 2005, **YOUNG JOO LEE** spoke with KSF 1 who requested transportation to Lee's Oriental Massage, a brothel in San Francisco, California.

91. On or about March 30, 2005, **YOUNG JOON YANG** called KSF 2 and asked that she to come work at Geneva Oriental Spa, a brothel in San Francisco.

92. On or about April 3, 2005, **MIN YOUNG BANG** spoke with a Korean-speaking female who requested a ride from Palm Tree Massage, a brothel in San Francisco, and thereafter

agreed to dispatch a car and driver to Palm Tree Massage.

93. On or about April 24, 2005, **YOUNG JOON YANG** called **IN SEUNG KIM**, an employee of Yang's Taxi, and dispatched him to pick up a Korean-speaking female at Lucky Spa, a brothel in San Francisco.

94. On or about April 5, 2005, **SEYUN KIM**, an employee of Yang's Taxi, called **YOUNG JOON YANG** and discussed transporting a prostitute to a "ten-day house."

95. On or about April 2, 2005, **YOUNG JOON YANG** called **EUGENE YI**, an employee of Yang's Taxi, and discussed the distribution of advertisements for Geneva Oriental Spa, a brothel in San Francisco.

96. On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN,** an employee of Yang's Taxi, and dispatched him to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

97. On or about May 20, 2005, **YOUNG JOON YANG** called **MO SOOK YANG**, his spouse and business partner, and discussed a bank deposit of $96,080, as well as cash payments made to **AESUN KIM**, an operator of Geneva Oriental Spa, a brothel in San Francisco.

98. On or about March 29, 2005, **JIMMY GONG YAN LEE**, an operator of Acucare Oriental Spa, a brothel in Emeryville, called **YOUNG JOON YANG**, and requested that **YOUNG JOON YANG** assist in obtaining "pay money buy girls" for Acucare Oriental Spa.

99. On or about April 1, 2005, **AESUN KIM**, an operator of Geneva Oriental Spa, a brothel in San Francisco, called **YOUNG JOON YANG** and discussed the distribution of advertisements and flyers for the grand opening of the brothel.

100. On or about April 1, 2005, **HYEON J. PARK**, an employee of Geneva Oriental Spa, called **YOUNG JOON YANG** and discussed advertisements and the importation of prostitutes for Geneva Oriental Spa.

101. On or about March 31, 2005, **YOUNG JOON YANG** called **ANTHONY GAR LAU**, the owner and operator of Golden Flower Steam and Sauna Spa, a brothel in San Francisco, and discussed the purchase of large quantities of materials to be used in sex acts.

102. On or about April 7, 2005, **YOUNG JOON YANG** called **MI YOUNG SIM**, an

employee of Lee's Oriental Massage, a brothel in San Francisco, and discussed the delivery of prostitutes to Lee's Oriental Massage.

103. On or about April 11, 2005, **KUM PAE YI**, an employee of Lee's Oriental Massage, a brothel in San Francisco, spoke with **YOUNG JOO LEE**, an employee of Yang's Taxi, regarding the delivery of prostitutes to Lee's Oriental Massage.

104. On or about May 18, 2005, **KEUN SUNG LEE**, a business associate of **YOUNG JOON YANG**, called **YOUNG JOON YANG**, and discussed laundering United States currency for **YOUNG JOON YANG** and his prostitution-related businesses.

105. On or about April 2, 2005, **YOUNG JOON YANG** called **HYE CHA KIM**, an employee of Palm Tree Massage, a brothel in San Francisco, and discussed obtaining a Korean prostitute for Palm Tree Massage.

106. On or about May 26, 2005, **YON SUK PANG**, an employee of Suk Hee Oriental Massage and Sauna, a brothel in San Francisco, called **YOUNG JOON YANG**, and discussed obtaining a prostitute for Suk Hee Oriental Massage and Sauna.

107. On or about March 12, 2005, **HAN LEE**, an employee of Lee's Oriental Massage, a brothel in San Francisco, called Yang's Taxi, spoke with **YOUNG JOON YANG**, and requested that YOUNG JOON YANG obtain prostitutes to work at Lee's Oriental Massage.

108. On or about June 9, 2005, **JIN AH KANG**, an employee of Palm Tree Massage, a brothel in San Francisco, called **YOUNG JOON YANG**, and requested delivery of large quantities of materials to be used in sex acts to Palm Tree Massage.

109. On or about May 19, 2005, **WON SEOK YOO**, a business associate of **YOUNG JOON YANG**, called **YOUNG JOON YANG**, and discussed the manufacturing and wholesale distribution of large quantities of materials to be used for the purposes of prostitution.

110. On or about June 9, 2005, **MYUNG JIN CHANG**, a business associate of **YOUNG JOON YANG**, called **YOUNG JOON YANG**, and discussed the delivery of large quantities of materials to be used for the purposes of prostitution.

111. On or about April 15, 2005, **YOUNG JOO LEE** spoke with a Korean female and discussed the purchase of a plane ticket from Las Vegas, Nevada, to Oakland, California.

All in violation of Title 18, United States Code Section 371.

DATED: 6/23/05

A TRUE BILL

FOREPERSON

KEVIN V. RYAN
United States Attorney

for

EUMI L. CHOI
Chief, Criminal Division

(Approved as to form: ____________________)
AUSA PETER B. AXELROD
ANDREW J. KLINE, Trial Attorney